# United States Court of Appeals
## For the First Circuit

No. 23-1694

UNITED STATES, ex rel. Frederic P. Zotos; COMMONWEALTH OF MASSACHUSETTS, ex rel. Frederic P. Zotos,

Plaintiffs - Appellants,

v.

TOWN OF HINGHAM; ROGER FERNANDES, individually and as former Town Engineer; TOM MAYO, individually and as Town Administrator; TED C. ALEXIADES, individually and as former Town Administrator, former Town Accountant/Finance Director; KEVIN E. PAICOS, individually and as former Town Administrator; SUSAN NICKERSON, individually and as Town Accountant,

Defendants - Appellees.

**NOTICE**

Issued: February 23, 2024

This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Daniel Toomey, Calendar Clerk (617)748-9982

cc:
Donald Campbell Lockhart
Douglas I. Louison
Joseph Adam Padolsky
Kerry T. Ryan
Charles B. Weinograd
Frederic Peter Zotos